No. 02–434. WOODFORD, WARDEN v. KARIS; and

No. 02–563. AMERICAN COALITION OF LIFE ACTIVISTS ET AL. v. PLANNED PARENTHOOD OF THE COLUMBIA/WILLAMETTE, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–597. WOODFORD, WARDEN v. JENNINGS. C. A. 9th Cir. Certiorari denied.

No. 02–815. CITY OF SACRAMENTO, CALIFORNIA, ET AL. v. BARDEN ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1007. DUKE UNIVERSITY v. MADEY. C. A. Fed. Cir. Certiorari denied.

No. 02–1213. XU LIU ET AL. v. PRICE WATERHOUSE LLP ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–1349. MERLINO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–1409. CABLE CAR ADVERTISERS, INC., DBA CABLE CAR CHARTERS v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1419. SHENANGO INC. ET AL. v. BARNHART, COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–1430. KRZALIC ET AL. v. REPUBLIC TITLE CO. C. A. 7th Cir. Certiorari denied.

No. 02–1441. PAPPAS v. BLOOMBERG, MAYOR OF THE CITY OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–1500. EYL v. CIBA-GEIGY CORP. ET AL. Sup. Ct. Neb. Certiorari denied.

No. 02–1545. ABRAMS ET AL. v. CITY OF SAN DIEGO, CALIFORNIA, ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.